UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DnB NOR Markets, Inc. | |
| Plaintiff, | **CERTIFICATE OF MAILING** |
| -V- | **USDC SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#** _____<br>**DATE FILED:** 5/12/11 , 13 |
| Seven Energy (Canada) Inc., | |
| Defendants. | |
| | 11 CV 2962 (LTS) |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**10th day of May, 2011**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**2nd day of May, 2011**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596 368 756 US**

CLERK

Dated: New York, NY

```
=====================================
          CHINATOWN STA.
        NEW YORK, New York
            100139991
          3558250004-0094
05/10/2011 (212)349-8264 04:00:30 PM
=====================================
======= Sales Receipt =======
Product         Sale Unit    Final
Description      Qty Price    Price

Canada - First-Class          $2.90
Mail Int'l Large
Env
7.10 oz.
  Return Receipt             $2.30
  Registered               $11.50
  Insured Value :           $0.00
  Article Value :           $0.00
  Label #:     RB596368756US
                            ========
  Issue PVI:                $16.70

                            ==========
Total:                      $16.70

Paid by:
Cash                        $20.00
Change Due:                 -$3.30

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************


Prepare your international packages
online and save time.
Pay postage online and save money
too.
www.usps.com/clicknship

Bill#:1000601906778
Clerk:07


All sales final on stamps and postage
 Refunds for guaranteed services only
    Thank you for your business
************************************
************************************
```

